UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

JUAN VARGAS OJEDA                                        CIVIL ACTION NO._____

VS.                                                                         JUDGE _____

THE SALVATION ARMY, ZURICH
AMERICAN INSURANCE COMPANY,         MAGISTRATE _____
ABC INSURANCE COMPANY, AND REBECCA
SNAP

## **NOTICE OF REMOVAL**

The petition of THE SALVATION ARMY and ZURICH AMERICAN INSURANCE COMPANY (hereinafter referred to as either the "petitioners" or the "defendants") respectfully represents that:

1.

Petitioners were made defendants in the suit entitled "Juan Vargas Ojeda vs. Zurich American Insurance Company, ABC Insurance Company, The Salvation Army and Rebecca Snap" Civil Suit No. 722,122, Div. "22" on the docket of the Nineteenth Judicial District Court, East Baton Rouge Parish, Louisiana (hereinafter referred to as the "state court proceeding"). A copy of the Petition for Damages filed by plaintiff, Juan Vargas Ojeda, is attached hereto and made a part of this petition as Ex. "A".

2.

On or about August 9, 2022, plaintiff filed the state court proceeding alleging that an accident occurred on September 24, 2021, by the entrance of Rouses Supermarket in Houma, Terrebonne Parish, Louisiana, causing him to be injured. (Ex. "A", para. II, III, IV and V)

3.

The Petition for Damages names THE SALVATION ARMY, ZURICH AMERICAN INSURANCE COMPANY, ABC INSURANCE COMPANY and REBECCA SNAP as defendants. (Ex. "A", para. I)

4.

Plaintiff alleges in his Petition that he is a resident of **Florida**. (Ex. "A")

5.

Petitioner, ZURICH AMERICAN INSURANCE COMPANY, is a citizen of the States of New York and Illinois, as an insurance company formed and registered in the State of New York, having its principal place of business in Schaumburg, Illinois.

6.

Petitioner, THE SALVATION ARMY, is a nonprofit corporation that is domiciled in Atlanta, Georgia.

7.

Defendant, REBECCA SNAP, is a citizen of Minnesota.

8.

Plaintiff is alleging he "suffered physical and mental injuries far exceeding $75,000…" (Ex. "A", para. IX)

9.

Specifically, plaintiff seeks damages in the form of general and special damages, including, but not limited to mental pain and suffering, physical pain and suffering, medical expenses, inconvenience, property damages, loss of enjoyment of life, lost wages, loss of earning capacity and disfigurement. (Ex. "A", para. IX)

10.

These allegations give rise to federal subject matter jurisdiction based on diversity of citizenship and plaintiff's allegations that his damages exceed $75,000, pursuant to 28 U.S.C. § 1332.

11.

Defendant, ZURICH AMERICAN INSURANCE COMPANY, was served with a copy of the original petition on August 16, 2022.  Defendant, THE SALVATION ARMY, was served on August 18, 2022.  Service on defendant, REBECCA SNAP, was held per the request of plaintiff's counsel.

12.

Accordingly, this removal is being filed within the required thirty (30) days from service on the first defendant.

13.

Defendants request trial by jury herein as to all issues between all parties.

14.

Based on the above and foregoing, petitioners respectfully request this Notice of Removal be filed in the records of the United State District Court for the Middle District of Louisiana, effecting the removal of that certain matter.

15.

Upon filing of this Notice of Removal, the defendants will provide written notification to plaintiff and will file a copy of the Notice of Removal with the District Clerk of East Baton Rouge Parish, Louisiana.  A copy of the state court notification accompanies this Notice of Removal as Ex. "B".

WHEREFORE, PETITIONERS PRAY THAT the above action now pending against them in the Nineteenth Judicial District Court, East Baton Rouge Parish, Louisiana be removed therefrom to this Court, and that the Nineteenth Judicial District Court, East Baton Rouge Parish, Louisiana, proceeding shall proceed no further.

    Respectfully Submitted,

    BOLEN, PARKER, BRENNER, LEE & ENGELSMAN, LTD.


    By:   *s/Madeline J. Lee*
         MADELINE J. LEE (20267)
         mjlee@bolenlaw.com
         709 Versailles Blvd.
         P. O. Box 11590
         Alexandria, LA 71315-1590
         Phone: (318) 445-8236

    ATTORNEYS FOR DEFENDANTS,
    THE SALVATION ARMY and ZURICH
    AMERICAN INSURANCE COMPANY

STATE OF LOUISIANA

PARISH OF RAPIDES

BEFORE ME, the undersigned authority, personally came and appeared MADELINE J. LEE who being first duly sworn, did depose and certify that she is the attorney of record for THE SALVATION ARMY and ZURICH AMERICAN INSURANCE COMPANY, and she has read the foregoing Notice for Removal, and that the facts and allegations therein contained are true and correct to the best of her knowledge, information and belief.

_____
MADELINE J. LEE

SWORN TO AND SUBSCRIBED before me, Notary, on this 6th day of September, 2022.

_____
NOTARY PUBLIC
Name: Daniel Brenner
Number: 18136

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the 6th day of September, 2022, she electronically filed the foregoing pleading with the United States District Court Clerk by using the electronic system which will send a notice of electronic filing to those attorneys who have registered to receive same; and further, that she served any other counsel of record or parties in interest who are to registered to receive electronic notice of filings, by facsimile and mailing a copy of said pleading, postage prepaid and properly addressed.



                                               *s/Madeline J. Lee*
                                              MADELINE J. LEE