EAST BATON ROUGE PARISH
Filed Aug 09, 2022 3:55 PM
Deputy Clerk of Court
E-File Received Aug 09, 2022 3:40 PM
C-722122
22

# 19th JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

## STATE OF LOUISIANA

NO.                                                                                         DIVISION " "

### JUAN VARGAS OJEDA

### VERSUS

### ZURICH AMERICAN INSURANCE COMPANY, ABC INSURANCE COMPANY, THE SALVATION ARMY AND REBECCA SNAP

FILED:_____         _____
                                          DEPUTY CLERK

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes plaintiff, **JUAN VARGAS OJEDA**, a person of the full age of majority and resident of Florida, who respectfully states as follows:

I.

Made defendants herein are:

a) **REBECCA SNAP**, a person of the full age of majority who at all times relevant hereto was the negligent permissible driver of the vehicle which caused the September 24, 2021 accident at issue herein and resulting injuries to your petitioner.

b) **THE SALVATION ARMY**, a non-profit corporation which at all times relevant herein was the employer of defendant, **REBECCA SNAP**.

c) **ZURICH AMERICAN INSURANCE COMPANY**, a foreign corporation authorized to do and doing business in the State of Louisiana, which at all times relevant hereto had in full force and effect a policy of automobile liability insurance in favor of defendants, **THE SALVATION ARMY** and **REBECCA SNAP**, against their liability in connection with the September 24, 2021 automobile accident at issue herein.

d) **ABC INSURANCE COMPANY**, a foreign corporation authorized to do and doing business in the State of Louisiana, which at all times relevant hereto had in full force and effect a policy of automobile liability insurance in favor of defendant, **REBECCA SNAP**, against her liability in connection with the September 24, 2021 automobile accident at issue herein.

II.

Defendants are jointly and severally liable unto your petitioner for this matter, to wit:

On or about September 24, 2021, an automobile accident occurred in the Parish of Terrebonne,



Certified True and Correct Copy
CertID: 2022081100370

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/11/2022 10:22 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

State of Louisiana, at or near 9465 East Main Street, whereby defendant, **REBECCA SNAP**, negligently operated the vehicle which she was driving, causing an accident involving your petitioner. Said automobile accident and resulting collision with plaintiff was caused by the negligence of **REBECCA SNAP**.

III.

Specifically, on or about September 24, 2021, petitioner, **JUAN VARGAS**, was walking to the entrance of Rouses Supermarket when defendant, **REBECCA SNAP**, while driving in the course and scope of her employment for **THE SALVATION ARMY**, suddenly and without warning or reason, crashed into several grocery carts that violently struck petitioner. **REBECCA SNAP** ignored applicable traffic laws, thus causing the crash which resulted in injuries to your petitioner.

IV.

As a result of said September 24, 2021 automobile accident, your petitioner, **JUAN VARGAS OJEDA**, suffered personal and bodily injuries, mental anguish, inconvenience, and sustained medical bills.

V.

The above described September 24, 2021 automobile accident and the resulting injuries to your petitioner, **JUAN VARGAS OJEDA**, were caused through the negligence of defendant, **REBECCA SNAP**, which negligence includes but is not limited to the following actions and/or inaction:

a) Traveling at an excessive rate of speed;
b) Failure to maintain proper control of a vehicle;
c) Failure to maintain a proper lookout and/or being distracted or inattentive;
d) Failure to take all reasonable evasive action to avoid the accident at issue herein;
e) Failure to properly yield and/or stop;
f) Improper lane usage;
g) Operating a vehicle in a careless, reckless and/or negligent manner;
h) Acting in violation of the laws of the state of Louisiana and/or the Parish, all of which acts may be properly proven at the trial of this matter;
i) These acts of negligence are pleaded specifically herein and are in addition to other acts of negligence which will be shown at the trial of this matter.

VI.

As a result of the foregoing and as per applicable Louisiana law, including, but not limited to, the Doctrines of Respondiat Superior, principal and agent, employer-employee, and/or master-servant, said **THE SALVATION ARMY** is a proper party-defendant, and the negligence and/or liability of defendant **REBECCA SNAP** is attributable to it.


**Certified True and Correct Copy**
CertID: 2022081100370

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/11/2022 10:22 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

VII.

ZURICH AMERICAN INSURANCE COMPANY at all times relevant herein had in full force and effect a policy of automobile liability insurance and an umbrella policy in favor of defendants, THE SALVATION ARMY and REBECCA SNAP, against their liability in connection with the September 24, 2021 automobile accident at issue herein. As a result of the foregoing and as per applicable Louisiana law, including, but not limited to, the Doctrines of Respondiat Superior, principal and agent, insurer and insured, the Louisiana Direct Action Statute, LSA-R.S. 22:655, and/or master-servant, said ZURICH AMERICAN INSURANCE COMPANY has been named herein as party-defendant, and is answerable and/or responsible for the negligence and/or liability of defendants, THE SALVATION ARMY and REBECCA SNAP.

VIII.

ABC INSURANCE COMPANY at all times relevant herein had in full force and effect a policy of automobile liability insurance in favor of defendant, REBECCA SNAP, against her liability in connection with the September 24, 2021 automobile accident at issue herein. As a result of the foregoing and as per applicable Louisiana law, including, but not limited to, the Doctrines of Respondiat Superior, principal and agent, insurer and insured, the Louisiana Direct Action Statute, LSA-R.S. 22:655, and/or master-servant, said ABC INSURANCE COMPANY has been named herein as party-defendant, and is answerable and/or responsible for the negligence and/or liability of defendant, REBECCA SNAP.

IX.

As a result of the September 24, 2021 automobile accident, your petitioner, JUAN VARGAS OJEDA, suffered physical and mental injuries far exceeding $75,000 and entitling him to recover past, present and future damages, including, but not limited:

    a) Mental pain and suffering;
    b) Physical pain and suffering;
    c) Medical expenses;
    d) Inconvenience;
    e) Property Damages;
    f) Loss of enjoyment of life;
    g) Lost wages;
    h) Loss of earning capacity;
    i) Disfigurement; and
    j) All damages allowed under Louisiana law which may be proven at the trial of this matter.

WHEREFORE, the aforesaid premises considered, plaintiff prays that defendants,


**Certified True and Correct Copy**
CertID: 2022081100370


East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/11/2022 10:22 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

ZURICH AMERICAN INSURANCE COMPANY, ABC INSURANCE COMPANY, REBECCA SNAP and THE SALVATION ARMY be duly served with a copy of this petition and cited to appear and answer same, and that after due proceedings had, that there be a judgment herein in favor of plaintiff and against defendants herein finding said defendants liable jointly, severally, and in solido for the full amount of your plaintiff's damages, and all costs together with legal interest thereon from the date of judicial demand until paid.

Respectfully submitted:

*IRPINO, AVIN & HAWKINS LAW FIRM*

ANTHONY D. IRPINO (#24727)
BOBBY G. HAWKINS (#30546)
2216 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 525-1500
Facsimile: (504) 525-1501
Email: bhawkins@irpinolaw.com

PLEASE SERVE:

**ZURICH AMERICAN INSURANCE COMPANY**
Through the LOUISIANA SECRETARY OF STATE
8585 Archives Ave.
Baton Rouge, LA 70809

**THE SALVATION ARMY**
Through its registered agent for service
C T Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

**REBECCA SNAP** *(HOLD SERVICE)*

**ABC INSURANCE COMPANY** *(HOLD SERVICE)*

Certified True and Correct Copy
CertID: 2022081100370

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/11/2022 10:22 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).